FILED
2025 May-12  PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
### for the
## NORTHERN DISTRICT OF ALABAMA

FILED

2025 MAY 12  A 11: 41

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Kendia Rene Rowe (Perkins) <br> *Plaintiff,* <br> *(Write your full name. No more than one plaintiff may be named in a pro se complaint)* <br><br> v. <br><br> Alabama Connections Academy <br> Jason Crowson <br> Jodie Dean <br> Kelly Flores <br> Stephanie Adams <br><br> *Defendant(s),* <br> *(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)* | Case No.: _____ <br> *(to be filled in by the Clerk's Office)* <br><br> JURY TRIAL ☑ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff

| | |
|---|---|
| Name | Kendia Rene Rowe (Perkins) |
| Street Address | 5117 Water Valley Dr |
| City and County | Tallahassee and Leon |
| State and Zip Code | Florida and 32303 |
| Telephone Number | 850-848-7659 |
| E-mail Address *(if known)* | kendiap@yahoo.com |

☑ **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

May 6, 2025
**Date**

*Kendia Rene Rowe (Perkins)*
**Participant Signature**

II.     **Basis for Jurisdiction**

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jason Crowson |
| Job or Title *(if known)* | MS Assistant Principal |
| Street Address | 21465 AL Highway 99, |
| City and County | Athens and Limestone |
| State and Zip Code | Alabama and  35614 |
| Telephone Number | 256-667-0745 |
| E-mail Address *(if known)* | jcrowson@alca.connectionsacademy.org |

Defendant No. 2

| | |
|---|---|
| Name | Jodie Dean |
| Job or Title *(if known)* | Leadership Executive Director |
| Street Address | 21465 AL Highway 99, |
| City and County | Athens and Limestone |
| State and Zip Code | Alabama and 35614 |
| Telephone Number | 901-646-0429 or 256-290-4605 |
| E-mail Address *(if known)* | jodean@alca.connectionsacademy.org |

Defendant No. 3

| | |
|---|---|
| Name | Kelly Flores |
| Job or Title *(if known)* | MS/HS Secondary Principal |
| Street Address | 21465 AL Highway 99, |
| City and County | Athens and Limestone |
| State and Zip Code | Alabama and 35614 |
| Telephone Number | 256-733-0031 |
| E-mail Address *(if known)* | kflores@alca.connectionsacademy.org |

Defendant No. 4

| | |
|---|---|
| Name | Stephanie Adams |
| Job or Title *(if known)* | HS Assistant Principal |
| Street Address | 21465 AL Highway 99, |
| City and County | Athens and Limestone |
| State and Zip Code | Alabama and 35614 |
| Telephone Number | 256-667-1824 |
| E-mail Address *(if known)* | sadams@alca.connectionsacademy.org |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Alabama Connections Academy |
| Street Address | 21465 AL Highway 99, |
| City and County | Athens and Limestone |
| State and Zip Code | Alabama and 35614 |
| Telephone Number | 256-290-4605 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:   In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

Title VII and 42 U.S.C. § 1981. 18 Title VII protects employees from discrimination and retaliation based on race, including being punished or terminated for speaking up about unfc treatment. Section 1981 guarantees all individuals the right to make and enforce contracts equally, which includes fair treatment in employment. In this case, Plaintiff was denied equal treatment, subjected to retaliation, and ultimately terminated because of her race and protected advocacy, in violation of both laws.

Relevant state law *(specify, if known)*:

Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me

☑  Termination of my employment

☑  Failure to promote me

☐  Failure to accommodate my disability

☐  Unequal terms and conditions of my employment

☑  Retaliation

☑  Other acts *(specify)*: Hostile work environment, discrimination, harassment, and retaliation Title VII of the Civil Rights Act of 1964 Prohibits: Discrimination based on race, color, religion, sex, or national origin. And 42 U.S.C. § 1981Prohibits: Discrimination based on race in the making and enforcement of contracts, including employment contracts.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):
**School year 2021-2023. I have approximate dates I will submit during pretrial.**

C.    I believe that defendant(s) *(check one)*: **N/A because they terminated me 9/23/2023**

☐    is/are still committing these acts against me

☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race    Title VII of the Civil Rights Act of 1964 (discrimination and retaliation based on race), 42 U.S.C. § 1981 (equal rights under the law for contracts), and possibly state law claims under Alabama law for defamation, intentional infliction of emotional distress, or breach of implied contract (if applicable).

☑    color    Title VII of the Civil Rights Act of 1964 (discrimination and retaliation based on race), 42 U.S.C. § 1981 (equal rights under the law for contracts), and possibly state law claims under Alabama law for defamation, intentional infliction of emotional distress, or breach of implied contract (if applicable).

☐    gender/sex

☐    religion

☐    national origin

☐    age *(year of birth)*
*(only when asserting a claim of age discrimination)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed. _____
**Please see attachments.**

1)Plaintiff Kendia Rowe is a resident of the State of Florida and was employed by ALCA, a virtual school operated under Pearson, for approximately 12 years until her unlawful termination in 2023. 2)Defendant Alabama Connections Academy is a public charter school based in Alabama and operated by Pearson Virtual Schools.3) Defendants Jodie Dean, Kelly Flores, Stephanie Adams, and Jason Crowley are administrators of ALCA and were Plaintiff's supervisors or agents during the relevant time period.4) Plaintiff was employe ALCA since approximately 2011 and consistently received positive performance evaluations and promotions, including her appointment as Master Teacher over School Culture an Community.5) In 2022, Plaintiff became an active participant in ALCA's internal DEI/JEDI (Justice, Equity, Diversity, and Inclusion) initiatives, advocating for more diverse hiring inclusive practices.6) Plaintiff was the only African American teacher on the middle school leadership team and a vocal advocate for equity. Her input was met with resistance,

silence, and ultimately retaliation by white administrators.7) Following her DEI involvement, Plaintiff was removed from interview committees, passed over for leadership roles favor of less qualified white colleagues, and reprimanded for raising questions about racially biased hiring practices.8) Plaintiff documented racially discriminatory incidents, including administrators' inappropriate comments about race, silencing of DEI topics, and their failure to discipline white employees for similar or worse conduct. 9)Plaintiff's caseload was significantly larger than her white peers. Her attempts to refer qualified African American colleagues were rejected in favor of underqualified white hires. After launching an educational consulting LLC (which she operated outside ALCA hours), Defendants falsely labeled it a "conflict of interest," triggering additional scrutiny and a campaign to discredit and terminate her. 10)She was reprimanded for fabricated policy violations, such as allegedly improper hotel stays (which were scheduled by administrato

returning a rental car late during a family medical emergency and supposedly violating "copyright" by creating a student study guide—something done routinely by white teach without consequence. 11) Plaintiff was subjected to disparate discipline, denied equal leadership opportunities, and ultimately terminated based on pretextual grounds that were racially motivated and retaliatory. 12) Plaintiff's termination occurred shortly after she filed internal HR complaints alleging racial discrimination, retaliation, hostile work environment, and harassment. 13)The adverse actions taken by ALCA and its agents were intended to punish Plaintiff for her advocacy, silence her speech, and remove her from position based on her race and protected conduct. 14)COUNT I: RACE DISCRIMINATION (Title VII and 42 U.S.C. § 1981) and COUNT II: RETALIATION (Title VII and 42 U.S.C. § 1981) 15 Defendants subjected Plaintiff to adverse employment actions, including denial of promotions, increased workload, disparate discipline, and termination, because of her race anc

advocacy for DEI in hiring practices. 16)Similarly situated white colleagues were treated more favorably. 17)Defendants' actions violated Title VII and 42 U.S.C. § 1981. 18) Plainti engaged in protected activity when she advocated for DEI, participated in the JEDI committee, filed complaints, and launched her LLC. 19) Defendants retaliated against her throu

unwarranted write-ups, job reassignment, surveillance, and ultimate termination. 20) The temporal proximity and internal emails (e.g., referencing her LLC as a concern before o HR complaint) demonstrate a retaliatory motive. 21) Hostile Work Environment (Title VII) Defendants subjected Plaintiff to a hostile work environment through pervasive discrimination, micromanagement, public shaming, silencing of speech, and disparate enforcement of rules. 22)This conduct was severe, continuous, and altered the terms and

conditions of her employment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

23)As a result of Defendants' conduct, Plaintiff suffered: Emotional distress and reputational harm; Loss of income and benefits; Future earning capacity impairment; Loss of care advancement opportunities; Physical stress symptoms.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*:   **3/20/2024**

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter

☑    issued a Notice of Right to Sue letter, which I received on *(date)*: **3/20/2025**

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question:   **N/A**

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed

☐    less than 60 days have elapsed

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendants.
B. Award compensatory damages in an amount to be proven at trial.

C. Award punitive damages for willful and malicious conduct.
D. Award front pay in lieu of reinstatement.
E. Award back pay and lost benefits.
F. Award pre- and post-judgment interest.

G. Award attorney's fees and costs (if represented).
H. Grant such other and further relief as the Court deems just and proper.

Plaintiff hereby requests a trial by jury on all issues triable as of right.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: MAY 6, 2025

Signature of Plaintiff: Kendia Rene Rowe (Perkns)

Printed Name of Plaintiff: Kendia Rene Rowe (Perkins)

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Attachment to Section E of Complaint
United States District Court for the Northern District of Alabama
Plaintiff: Kendia Rene Rowe (Perkins)
Defendants: Alabama Connections Academy, Jason Crowson, Jodie Dean, Kelly Flores, Stephanie Adams
Case No.: [To Be Assigned]
Jury Trial Requested

## I. NATURE OF THE CASE

1. This is an action for damages, declaratory, and injunctive relief for unlawful discrimination, retaliation, and creation of a hostile work environment in violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981.

2. Plaintiff, an African American woman and veteran educator, was subjected to escalating retaliation, disparate treatment, and unlawful termination after raising internal complaints and participating in ALCA's Diversity, Equity, and Inclusion (DEI) initiative.

3. Defendants engaged in a coordinated pattern of adverse actions to silence Plaintiff's advocacy for racial equity and expose discriminatory practices in hiring and discipline.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1331. Venue is proper under 28 U.S.C. § 1391(b), as the events giving rise to these claims occurred in the Northern District of Alabama.

5. Plaintiff received her EEOC Right-to-Sue letter on or around February 29, 2024, and timely filed this action within 90 days.

## III. PARTIES

6.  Plaintiff Kendia Rowe (Perkins) is a Florida resident who worked for Alabama Connections Academy (ALCA) for over 12 years, most recently as Master Teacher over School Culture and Community.

7.  Defendant ALCA is a virtual public charter school operated under Pearson Virtual Schools and based in Athens, Alabama.

8.  Defendants Jodie Dean, Kelly Flores, Stephanie Adams, and Jason Crowson were administrators and Plaintiff's supervisors during the relevant time.

---

## IV. FACTUAL ALLEGATIONS

9.  Plaintiff consistently received positive evaluations and promotions throughout her tenure at ALCA.

10. In 2022, she became a prominent voice in ALCA's DEI/JEDI committee, pushing for equitable hiring and school practices.

11. She was the only African American on the middle school leadership team and was met with increasing resistance by white administrators.

12. She was removed from interview committees, passed over for leadership positions, and reprimanded for speaking out against bias.

13. Plaintiff documented racially charged incidents, silencing of DEI conversations, and preferential treatment for white staff.

14. Her caseload was larger than her white colleagues. Her referrals of qualified Black educators were rejected in favor of underqualified white candidates.

15. After launching an LLC unrelated to her job, Defendants falsely accused her of a conflict of interest and intensified their scrutiny.

16. Plaintiff was written up for fabricated violations including:

- Hotel stays scheduled by admin

- Rental car delays due to medical emergency

- Sharing instructional guides, a common practice among white staff

17. The administration used these pretexts to justify disproportionate discipline and eventual termination.

18. Her termination followed closely after internal HR complaints of race-based harassment and retaliation.

19. These acts were part of a pattern to punish her for protected activity, undermine her credibility, and eliminate her from the workplace.

---

## V. CLAIMS FOR RELIEF

### COUNT I: Race Discrimination (Title VII and 42 U.S.C. § 1981)

20. Plaintiff realleges all prior paragraphs. She was subjected to unequal treatment and adverse employment actions based on race.

21. Similarly situated white staff were not disciplined or denied advancement opportunities.

### COUNT II: Retaliation (Title VII and 42 U.S.C. § 1981)

22. Plaintiff engaged in protected activity, including DEI advocacy and internal complaints.

23. Defendants retaliated through write-ups, reassignments, surveillance, and eventual termination.

24. Internal communications referencing her LLC before HR complaints show a retaliatory intent.

### COUNT III: Hostile Work Environment (Title VII)

25. Plaintiff was subjected to ongoing harassment, micromanagement, gaslighting, public shaming, and silencing.

26. The conduct was severe, ongoing, and interfered with her ability to perform her job.

---

## VI. DAMAGES REQUESTED

27. Emotional distress, reputational harm, lost wages and benefits, diminished career advancement, physical symptoms of stress.

28. Plaintiff seeks compensatory and punitive damages, reinstatement or front pay, and all other relief deemed just.

---

Respectfully submitted,
Kendia Rene Rowe (Pro Se Plaintiff)    *Kendia Rene Rowe (Perkins)(Pro Se Plaintiff)*
5117 Water Valley Dr
Tallahassee, FL 32303
kendiap@yahoo.com
(850) 848-7659



United States Postal Service®
Label 106A, Nov 2018
VISIT US AT USPS.COM®
PRESS FIRMLY MAIL
PRIORITY®

United States Postal Service®
Label 106A, Nov 2018
VISIT US AT USPS.COM®
PRESS FIRMLY MAIL
PRIORITY®

This product is for use with Priority Mail®
Misuse may be a violation of federal law.
This label is not for resale.

United States Postal Service®
Label 106A, Nov 2018
VISIT US AT USPS.COM®
PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED
PRIORITY®



UNITED STATES POSTAL SERVICE

Expected delivery date specified f[
Domestic shipments include $100
USPS Tracking® service included f
limited international insurance.**
When used internationally, a custo
urance does not cover certain items. For
nestic Mail Manual at *http://pe.usps.com.*
ee International Mail Manual at *http://pe.*

FLAT RATE ENVI
NE RATE ■ ANY WEIGHT

RACKED ■ INSU

PS00001000014

---

UNITED STATES POSTAL SERVICE.                    Retail

**P** US POSTAGE PAID
**$10.10**   Origin: 32303
05/06/25
1188930693-18

PRIORITY MAIL®

0 Lb 7.70 Oz

RDC 03

EXPECTED DELIVERY DAY:  05/08/25

C017

SHIP TO:

660 GALLATIN ST SW
HUNTSVILLE AL 35801-4913

USPS TRACKING® #

9505 5136 7288 5126 9007 05

---

FROM:

UNITED STATES POSTAL SERVICE®   |   PRIORITY® MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
KENDIA ROWE
511M WATER VALLEY DR
TALLAHASSEE, FL 32303


MAY 12
DISTRICT COURT
MID DISTRICT OF ALABAMA

TO:
US District Court
660 GALLATIN Street SW
HUNTSVILLE, AL 35801



Label 228, December 2023            FOR DOMESTIC AND INTERNATIONAL USE

