FILED
2025 May-12 PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

2025 MAY 12  A 11: 41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

KENDIA R. ROWE (PERKINS),

Plaintiff,

v.


ALABAMA CONNECTIONS ACADEMY;

JODIE DEAN;

KELLY FLORES;

STEPHANIE ADAMS;

JASON CROWLEY,

Defendants.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. PARTIES:

Plaintiff:

Kendia R. Rowe (Perkins)

5117 Water Valley Dr

Tallahassee, FL 32303

Defendants:

Alabama Connections Academy

21465 AL Highway 99

Athens, AL 35614


And:

Jodie Dean, Kelly Flores, Stephanie Adams, Jason Crowley

Administrators at ALCA

(Same address as above)

## II. JURISDICTION:

[X] Title VII of the Civil Rights Act of 1964

[X] 42 U.S.C. § 1981

[X] Relevant Alabama State Law (e.g., IIED, defamation)

## III. STATEMENT OF CLAIM:

The conduct complained of includes:

[X] Termination of employment

[X] Failure to promote

[X] Unequal terms and conditions

[X] Retaliation

[X] Hostile work environment

Key Allegations:

- Racial discrimination (denied promotions, passed over for leadership roles)

- Retaliation (due to DEI advocacy and launching of LLC)

- Hostile work environment (scrutiny, gaslighting, public undermining)

- Unequal enforcement of rules

- Fabricated grounds for discipline

- Termination in 2023 following internal complaints

## IV. ADMINISTRATIVE EXHAUSTION:

Charge filed with EEOC.

Received Right to Sue letter dated March 20, 2025 (attached).

## V. RELIEF REQUESTED:

- Back pay

- Lost retirement compensation

- Front pay or reinstatement

- Compensatory damages for emotional distress

- Punitive damages

- Costs, interest, and other just relief

## VI. JURY DEMAND:

[X] Yes

## VII. CERTIFICATION:

I certify that the information in this complaint is true to the best of my knowledge.


Date: MAY 6, 2025

Signature: Kendia R. Rowe (Perkins)

Printed Name: Kendia R. Rowe (Perkins)